| | |
|---|---|
| 1 | Joshua B. Swigart |
| | State Bar No.: 225557 |
| 2 | Robert L. Hyde |
| | State Bar No.: 227183 |
| 3 | **Hyde & Swigart** |
| | 411 Camino Del Rio South, Suite 301 |
| 4 | San Diego, CA 92108 |
| | Telephone: (619) 233-7770 |
| 5 | Facsimile: (619) 330-4657 |

FILED
2006 OCT 17 AM 8:28
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARLIS HOLGREN,**<br><br>                    PLAINTIFF,<br><br>V.<br><br>**PATENAUDE & FELIX A.P.C.,**<br><br>DEFENDANT. | Case No.: 06 CV 1519 H NLS<br><br>**NOTICE AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that pursuant to Fed.R.Civ.Pro 41(a), Plaintiff voluntarily dismisses the above-captioned action with prejudice on the merits.

Dated: October 9, 2006

Respectfully submitted,

**HYDE & SWIGART**

_____
Joshua B. Swigart, Esq.
Attorneys for Plaintiff

ORIGINAL

## ORDER

Based on the above Notice of Dismissal filed herewith, this Court hereby orders that Plaintiff's Complaint against Defendant PATENAUDE FELIX A.P.C., shall be, and herewith is, dismissed with prejudice on the merits.

**IT IS SO ORDERED.**

Dated: October 16, 2006

HON. JUDGE MARILYN L. HUFF
JUDGE OF THE DISTRICT COURT

*Marlis Holgren v. Patenaude & Felix A.P.C.*
United States District Court, Southern District of California
Case No. 06 CV 1519 H NLS

## PROOF OF SERVICE

I, Luisa Parra, declare as follows:

I am over the age of eighteen years and not a party to the case. I am employed in the County of San Diego, California where the mailing occurs: My business address is 411 Camino Del Rio South, Suite 301, San Diego, California 92108. I am readily familiar with our business' practice of collecting, processing and mailing of correspondence and pleadings for mail with the United Postal Service.

On October 9, 2006, I served the foregoing document(s) described as

- NOTICE AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

On the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

PATENAUDE & FELIX
4545 Murphy Canyon Road, 3rd Floor
San Diego, CA 92123

[X] BY MAIL, by placing a copy thereof in a separate envelope for each addressee named above, addressed to each addressee respectively, and then sealed each envelope and, with the postage thereon fully prepaid, deposited each in the United States mail at San Diego, California in accordance with our business' practice.

[ ] BY PERSONAL SERVICE, by placing a copy thereof in a separate envelope for each addressee named above, addressed to each such addressee respectively, and caused such envelope to be delivered by hand to the offices of addressee.

[ ] BY FACSIMILE, this document was transmitted by facsimile transmission from (619) 330-4657 and transmission was reported as complete and without error. A copy of the transmission report is attached to this affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 9, 2006, at San Diego, California.

_____
Luisa Parra